UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT A. ALLEN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>VLADIMER TENEV (Robinhood); BAIJU BHATT (Robinhood); RADRIC DAVIS (Gucci Man),<br><br>                              Defendants. | 1:21-CV-4119 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 26, 2021, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to receive electronic service of notices and documents in this action. (ECF 3.)

SO ORDERED.

Dated:   August 26, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge